PHILIP SCHORR, Respondent, v. DAVID STERN, Appellant.— Judgment

and order affirmed, with costs. No opinion. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.